1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                    Petitioner,

    v.

DONALD R. HOLBROOK,

                    Respondent.

NO.  C16-996-JCC

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE
MATTER AND TO STRIKE ANY
PENDING MOTIONS

14

15

16

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

17    1. The Court ADOPTS the Report and Recommendation.

18    2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as

19       moot. *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997).

20    3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

21       DATED this _____ day of _____, 2016.

22

23                                        _____
                                          JOHN C. COUGHENOUR
24                                        United States District Judge

ORDER - 1