THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>Petitioner,<br><br>v.<br><br>DONALD R. HOLBROOK,<br><br>Respondent. | CASE NO. C16-0996 JCC<br><br>ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS |

The Court, having reviewed the Report and Recommendation (Dkt. No. 2) of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. The Clerk shall administratively CLOSE this matter and STRIKE Petitioner's pending motion (Dkt. No. 3) as MOOT. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997).
3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

//

//

//

//

1       DATED this 11th day of August 2016.

2

3

4

5

6

7                                                   John C. Coughenour
8                                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE MATTER AND
TO STRIKE ANY PENDING MOTIONS
PAGE - 2